L. JULIUS M. TURMAN (SBN 226126)
PHILIP J. SMITH (SBN 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: jturman@morganlewis.com
         philip.smith@morganlewis.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR CASTENEDA,<br><br>            Plaintiff,<br><br>     vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK,<br><br>            Defendant. | Case No. 12-CV-00524-MCE-KJN PS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION AKA AMTRAK'S REQUEST FOR TELEPHONIC APPEARANCE** |

The matter having come before the Court on the request of Defendant National Railroad Passenger Corporation aka Amtrak ("Amtrak" or "Defendant") to appear at the Status Conference by telephone, by and through its counsel, and having considered the request and good cause appearing, Defendant's request to appear telephonically is HEREBY GRANTED.  <u>Counsel for Amtrak shall promptly contact Courtroom Deputy Matt Caspar at (916) 930-4187 and provide a "land line" telephone number at which counsel may be contacted at the time of the hearing.</u>

**IT IS SO ORDERED.**

**Date: <u>8/7/2012</u>**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\Users\MP071765\Desktop\New Folder\[Proposed]
Amtrak's Request for Telephonic Appearance (8.9.12

1

[PROPOSED] ORDER GRANTING
REQUEST FOR TELEPHONIC
APPEARANCE
CASE NO. 12-CV-00524-MCD-KJN