UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR CASTANEDA, | No. 2:12-cv-0524-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| AMTRAK, | |
| Defendant. | |

Over the past several months, plaintiff, who proceeds without counsel and in forma pauperis, filed numerous letters with the court, outlining communications with defendant's counsel, describing facts concerning plaintiff's case, and attaching certain evidentiary exhibits. (See, e.g., ECF Nos. 18, 19, 23.)  Because these letters are not filed in conjunction with, or in opposition to, a properly noticed motion or other matter pending before the court, they will be stricken and disregarded.

Although the court is sympathetic to the plight of a pro se litigant who may not be familiar with federal court procedure, plaintiff is nonetheless required to familiarize himself with this court's Local Rules[1] and the Federal Rules of Civil Procedure.  Plaintiff is cautioned that future unnecessary filings or filings that do not otherwise comply with the Local Rules or the Federal

---

[1] A copy of the court's Local Rules can be obtained from the Clerk of Court or on the court's website at http://www.caed.uscourts.gov.

1 | Rules of Civil Procedure may result in the imposition of monetary or other appropriate sanctions.

2 | Accordingly, IT IS HEREBY ORDERED that plaintiff's miscellaneous letters (ECF Nos. 18, 19, 23) are STRICKEN.

Dated: July 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE