UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR CASTANEDA, | No. 12-cv-00524-MCE-KJN PS |
| Plaintiff, | |
| v. | **ORDER** |
| AMTRAK, | |
| Defendant. | |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///
///
///
///
///

1

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kendall J. Newman.  The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:12-cv-00524-KJN.  All currently scheduled dates presently set before Judge England are hereby VACATED.

Dated:  September 17, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.  With the exception of the pretrial conference and trial dates, which were previously set before Judge England, all other deadlines set by the court's August 10, 2012 pretrial scheduling order (ECF No. 17), as modified by the court's September 10, 2013 order (ECF No. 32) remain unchanged.  Upon resolution of defendant's motion for summary judgment, the court will schedule pretrial conference and trial dates before the undersigned, as appropriate.

Dated:  September 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE